# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

NUTRIEN AG SOLUTIONS, INC.,     *

                         *

       Plaintiff,             *

                         *

vs.                     *     CASE NO.: 3:22-cv-01261

                         *

ESTATE MANAGEMENT       *

SERVICES OF GEORGIA, INC.,    *

                         *

       Defendant.            *

                         *

## COMPLAINT

COMES NOW Plaintiff Nutrien Ag Solutions, Inc., formerly known as Crop Production Services, Inc. ("Nutrien" or "Plaintiff"), and files its Complaint against Estate Management Services of Georgia, Inc., formerly known as Estate Management Services, Inc. ("EMSG" or "Defendant"), alleging as follows:

### PARTIES

1.     Nutrien is a Delaware corporation having its principal place of business in Colorado. At all times material hereto, Nutrien was, and currently is, registered to do business in the State of Florida. As stated, Nutrien was formerly known as Crop Production Services, Inc.

2.     EMSG is a Georgia corporation having its principal place of business in Georgia. At all times material hereto, EMSG was, and currently is, registered to do business in the State of Florida. As stated, EMSG was formerly known as Estate Management Services, Inc.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the amount in controversy herein exceeds $75,000, exclusive of interests and costs, and because there is complete diversity between Nutrien and EMSG.

4.      Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b)(1) because EMSG resides in this judicial district and because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## FACTS

5.      On April 29, 2014, EMSG entered into a Credit Agreement with Nutrien (the "Agreement") to purchase goods and services for its property management business.

6.      Per the terms of the Agreement, EMSG agreed to pay for goods and services it purchased from Nutrien.

7.      Nutrien extended credit to EMSG, allowing it to pay for purchases at a time later than delivery of the goods and/or services, but payable in full by the due date provided in the purchase terms of the invoice for each such sale.

8.      Per the Agreement, EMSG also agreed to pay a per month finance charge of 18% APR, or 1.5% per month, on invoices not paid in full on or before the due date.

9.      In the event of a default, EMSG also agreed to pay reasonable attorneys' fees and other expenses incurred by Nutrien in enforcing the Agreement.

10.     Since 2014, EMSG has ordered goods and services from Nutrien pursuant to its Agreement under account # ***0497.

11.     Since 2014, Nutrien has provided and delivered goods and services to EMSG for its property management business.

12.     Since 2014, Nutrien has rendered invoices and statements for such orders and deliveries to EMSG on approximately a monthly basis.

13.     EMSG agreed to the prices of Nutrien's goods and services and did not object to the payment terms as set forth in the invoices and/or statements within a reasonable time.

14.     EMSG accepted the goods and services delivered by Nutrien and used them in furtherance of its property management business.

15.     EMSG has failed or refused to pay certain sums due for goods and services provided to it from Nutrien.

16.     As of October 31, 2022, EMSG was indebted to Nutrien in the amount of $78,717.31, including principal and finance charges, for goods and services provided to it by Nutrien.

17.     Despite receiving written notice and demand for the same, EMSG has not paid any amount owed as of October 31, 2022, and interest, finance charges, attorneys' fees, and expenses continue to accrue.

**COUNT I – BREACH OF CONTRACT**

18.     Nutrien incorporates and realleges paragraphs 1 through 17 above as if fully set forth herein.

19.     Per the terms of the Agreement, EMSG agreed to pay Nutrien for goods and services provided by Nutrien to EMSG.

20.     EMSG breached the Agreement by failing to pay Nutrien for goods and services it provided to EMSG for its property management business.

21.     EMSG has failed to pay the amounts due pursuant to the Agreement as of this date, and Nutrien has suffered damages as a result thereof.

3

22.     All conditions precedent to the filing of this action have occurred or been waived.

WHEREFORE, premises considered, Nutrien demands judgment against EMSG in the amount of $78,717.31, plus interest, reasonable attorneys' fees, all expenses and costs of this action, and for such other and further relief as the Court deems just and proper.

## COUNT II – ACCOUNT STATED

23.     Nutrien incorporates and realleges paragraphs 1 through 17 above as if fully set forth herein.

24.     EMSG ordered, received, and accepted goods and services from Nutrien.

25.     Nutrien rendered monthly invoices and/or statements to EMSG for the goods and services that were delivered, which are reflected on ESMG's account with Nutrien.

26.     EMSG did not object to the amounts billed or the payment terms set forth in the invoices and/or statements rendered by Nutrien within a reasonable time.

27.     EMSG owes Nutrien $78,717.31, including principal and accrued finance charges, on its stated account with Nutrien.

WHEREFORE, premises considered, Nutrien demands judgment against EMSG in the amount of $78,717.31, plus interest, reasonable attorneys' fees, all expenses and costs of this action, and for such other and further relief as the Court deems just and proper.

## COUNT III – OPEN ACCOUNT

28.     Nutrien incorporates and realleges paragraphs 1 through 17 above as if fully set forth herein.

29.     Nutrien maintains an account which records EMSG's invoices, payments, and finance charges.

30.    Nutrien sold and delivered goods and services to EMSG and such transactions are reflected on EMSG's account with Nutrien.

31.    EMSG has failed to pay Nutrien for certain goods and services ordered on its open account with Nutrien.

32.    EMSG owes Nutrien $78,717.31, including principal and accrued finance charges, on its open account with Nutrien.

WHEREFORE, premises considered, Nutrien demands judgment against EMSG in the amount of $78,717.31, plus interest, reasonable attorneys' fees, all expenses and costs of this action, and for such other and further relief as the Court deems just and proper.

## COUNT IV – GOODS SOLD AND DELIVERED

33.    Nutrien incorporates and realleges paragraphs 1 through 17 above as if fully set forth herein.

34.    EMSG ordered goods and services from Nutrien.

35.    Nutrien sold and delivered those goods and services to EMSG.

36.    EMSG has failed and/or refused to pay for those goods and services and Nutrien has been damaged as a result.

WHEREFORE, premises considered, Nutrien demands judgment against EMSG in the amount of $78,717.31, plus interest, reasonable attorneys' fees, all expenses and costs of this action, and for such other and further relief as the Court deems just and proper.

## COUNT V – UNJUST ENRICHMENT

37.    Nutrien incorporates and realleges paragraphs 1 through 17 above as if fully set forth herein.

38.     Nutrien has conferred a benefit on EMSG by delivering goods and services to EMSG, who has knowledge thereof, for its property management business.

39.     EMSG voluntarily accepted and retained the benefit conferred.

40.     The circumstances render EMSG's retention of such benefit inequitable unless EMSG pays to Nutrien the value of the benefit.

41.     EMSG has been unjustly enriched at the expense of Nutrien.

WHEREFORE, premises considered, Nutrien demands judgment against EMSG in the amount $78,717.31, plus interest, reasonable attorneys' fees, all expenses and costs of this action, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 15th day of November, 2022.


                                                    /s/ Richard M. Gaal
                                                    RICHARD M. GAAL (GAALR3999)
                                                    rgaal@mcdowellknight.com
                                                    Attorney for Plaintiff

OF COUNSEL:

MCDOWELL KNIGHT ROEDDER
& SLEDGE, L.L.C.
11 North Water Street, Ste. 13290
Mobile, Alabama 36602
(251) 432-5300
(251) 432-5303 (fax)

## <u>CERTIFICATE OF SERVICE</u>

**PLAINTIFF WILL SERVE THE DEFENDANT VIA PROCESS SERVER AT THE FOLLOWING ADDRESS:**

Estate Management Services of Georgia, Inc.
c/o Junior J. Louks
4040 Kidron Road #3
Lakeland, Florida 33811


*/s/ Richard M. Gaal*
COUNSEL